UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 11-3651 (MF) |
| LANCE MOORE | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Gurbir Grewal, Assistant U.S. Attorney, appearing), and defendant LANCE MOORE, for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties to conduct plea negotiations or other proceedings, and two continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) This case is one of significant complexity, and defendant has requested an additional period of time for his counsel to become better acquainted with the case;

(2) The parties expect that plea negotiations or other proceedings will begin shortly, and both the United States and the defendant desire additional time to conduct those proceedings; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 10 day of January, 2012,

ORDERED that this action be, and hereby is, continued for a period from the date of this order through and including February 29, 2012; and it is further

ORDERED that the period from the date of this Order through and including February 29, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MARK FALK
United States Magistrate Judge

Form and entry
consented to:

_____
GURBIR S. GREWAL
Assistant U.S. Attorney

_____
K. ANTHONY THOMAS
Counsel for LANCE MOORE

Approved by:

_____
JUDITH G. GERMANO
Chief, Economic Crimes Unit