PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Lance Moore                Docket No. 11-3651-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jeffrey R. Paterson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Lance Moore**, who was placed under pretrial release supervision by the **Honorable Mark Falk, USMJ**, sitting in the Court at Newark, New Jersey, on August 8, 2011, under the following conditions, which were originally imposed in the District of New Mexico on July 19, 2011 under Rule 5:

1. Pretrial Services supervision
2. Travel restricted to New Mexico and New Jersey, or as approved by Pretrial Services
3. No excessive alcohol
4. Do not possess any weapons
5. Any computer in the home is subject to monitoring by Pretrial Services.

It is noted that the defendant's presence at the Initial Appearance in New Jersey was waived by his attorney, Assistant Federal Public Defender K. Anthony Thomas.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **that the defendant's conditions of release be amended to include mental health treatment as directed by Pretrial Services and a requirement that he reside with his grandmother, Gaysha A. Smidt, who will serve as his Third Party Custodian.**

ORDER OF COURT

Considered and ordered this 9th day of February, 2011 and ordered filed and made a part of the records in the above case.

Mark Falk
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/7/2012

Jeffrey R. Paterson
U.S. Pretrial Services Officer